An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

VERNON WESLEY NELSON,
Petitioner,
vs.
OFFICE OF OFFENDER
MANAGEMENT; RENEE BAKER; THE
STATE OF NEVADA DEPARTMENT
OF CORRECTIONS; AND STATE OF
NEVADA PAROLE AND PROBATION,
Respondents.

No. 68158

**FILED**

JUL 21 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus. Petitioner seeks an order directing the holding of a parole hearing. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.170. To the extent petitioner is challenging the computation of his sentence for purposes of parole eligibility, his claim must be raised in a post-conviction petition for a writ of habeas corpus filed in the district court in the first instance. NRS 34.724(2)(c); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Gibbons

_____, J.
Pickering

15-22010

cc: Vernon Wesley Nelson
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A